# Exhibit E



# Notice of Service of Process

KN4 / ALL
Transmittal Number: 23811758
Date Processed: 09/23/2021

| | |
|---|---|
| **Primary Contact:** | Linda Eastman<br>Hyundai Motor America<br>10550 Talbert Ave<br>Fountain Valley, CA 92708-6031 |
| **Electronic copy provided to:** | Tyler Kemp |
| **Entity:** | Hyundai Motor America<br>Entity ID Number 0232840 |
| **Entity Served:** | Hyundai Motor America |
| **Title of Action:** | Stefanie Marvin vs. Kia America, Inc. |
| **Matter Name/ID:** | Stefanie Marvin vs. Kia America, Inc. (11583922) |
| **Document(s) Type:** | Notice |
| **Nature of Action:** | Class Action |
| **Court/Agency:** | Milwaukee County Circuit Court, WI |
| **Case/Reference No:** | 2021CV003759 |
| **Jurisdiction Served:** | Wisconsin |
| **Date Served on CSC:** | 09/20/2021 |
| **Answer or Appearance Due:** | Other/NA |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| **Sender Information:** | James B. Barton<br>414-488-1822 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674  (888) 690-2882  |  sop@cscglobal.com



# Service of Process Transmittal
09/20/2021
CT Log Number 540277704

| | |
|---|---|
| **TO:** | Mark Goldzweig<br>Kia Motors America, Inc.<br>111 Peters Canyon Rd<br>Irvine, CA 92606-1790 |
| **RE:** | Process Served in Wisconsin |
| **FOR:** | Kia America, Inc. (Domestic State: CA) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| TITLE OF ACTION: | Re: STEFANIE MARVIN AND KATHERINE WARGIN // To: Kia America, Inc. |
| DOCUMENT(S) SERVED: | Letter, Notice(s), Summons, Complaint, Disclosure, Order(s), Motion, Exhibit(s) |
| COURT/AGENCY: | Milwaukee County - Circuit Court, WI<br>Case # 2021CV003759 |
| NATURE OF ACTION: | Product Liability Litigation - Manufacturing Defect - 2013 Hyundai Sonata GLS and 2012 Kia Optima (Refer document for additional information) |
| ON WHOM PROCESS WAS SERVED: | C T Corporation System, Madison, WI |
| DATE AND HOUR OF SERVICE: | By Process Server on 09/20/2021 at 13:20 |
| JURISDICTION SERVED: | Wisconsin |
| APPEARANCE OR ANSWER DUE: | Within 45 days of receiving this Summons (Document(s) may contain additional answer dates) |
| ATTORNEY(S) / SENDER(S): | James B. Barton, Esq.<br>BARTON LEGAL S.C.<br>313 North Plankinton Ave., Ste. 207<br>Milwaukee, WI 53203<br>414-877-0690 |
| REMARKS: | The documents received have been modified to reflect the name of the entity being served. |
| ACTION ITEMS: | CT has retained the current log, Retain Date: 09/21/2021, Expected Purge Date: 09/26/2021 |
| | Image SOP |
| | Email Notification, Mark Goldzweig  Mgoldzweig@kiausa.com |
| | Email Notification, Debbie Avalos  davalos@kiausa.com |
| | Email Notification, Wendy Seeley  wseeley@kiausa.com |
| | Email Notification, John Woo  jkwoo@kiausa.com |
| | Email Notification, Marisa Sanchez  msanchez@kiausa.com |



**Service of Process Transmittal**
09/20/2021
CT Log Number 540277704

**TO:** Mark Goldzweig
Kia Motors America, Inc.
111 Peters Canyon Rd
Irvine, CA 92606-1790

**RE:** **Process Served in Wisconsin**

**FOR:** Kia America, Inc.  (Domestic State: CA)

Email Notification,  Elizabeth Lee  elizabethlee@kiausa.com

**REGISTERED AGENT ADDRESS:** C T Corporation System
301 S. Bedford Street
Suite 1
Madison, WI 53703

866-331-2303
CentralTeam1@wolterskluwer.com

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

| | | | |
|---|---|---|---|
| STATE OF WISCONSIN | CIRCUIT COURT | MILWAUKEE | FILED
06-23-2021
John Barrett
Clerk of Circuit Court
2021CV003759
Honorable Timothy Witkowiak-22
Branch 22 |
| Stefanie Marvin et al vs. Kia America, Inc. et al | Electronic Filing Notice | | |

Case No. 2021CV003759
Class Code: Product Liability

KIA AMERICA, INC.
111 PETERS CANYON RD.
IRVINE CA 92606

Case number 2021CV003759 was electronically filed with/converted by the Milwaukee County Circuit Court office. The electronic filing system is designed to allow for fast, reliable exchange of documents in court cases.

Parties who register as electronic parties can file, receive and view documents online through the court electronic filing website. A document filed electronically has the same legal effect as a document filed by traditional means. Electronic parties are responsible for serving non-electronic parties by traditional means.

You may also register as an electronic party by following the instructions found at http://efiling.wicourts.gov/ and may withdraw as an electronic party at any time. There is a $20.00 fee to register as an electronic party. This fee may be waived if you file a Petition for Waiver of Fees and Costs Affidavit of Indigency (CV-410A) and the court finds you are indigent under §814.29, Wisconsin Statutes.

If you are not represented by an attorney and would like to register an electronic party, you will need to enter the following code on the eFiling website while opting in as an electronic party.

Pro Se opt-in code: ae432a

Unless you register as an electronic party, you will be served with traditional paper documents by other parties and by the court. You must file and serve traditional paper documents.

Registration is available to attorneys, self-represented individuals, and filing agents who are authorized under Wis. Stat. 799.06(2). A user must register as an individual, not as a law firm, agency, corporation, or other group. Non-attorney individuals representing the interests of a business, such as garnishees, must file by traditional means or through an attorney or filing agent. More information about who may participate in electronic filing is found on the court website.

If you have questions regarding this notice, please contact the Clerk of Circuit Court at 414-278-4120.

Milwaukee County Circuit Court
Date: June 24, 2021

GF-180(CCAP), 11/2020 Electronic Filing Notice §801.18(5)(d), Wisconsin Statutes
This form shall not be modified. It may be supplemented with additional material.
Case 2:21-cv-01146 Filed 10/05/21 Page 5 of 9 Document 1-6

| | | | |
|---|---|---|---|
| STATE OF WISCONSIN | CIRCUIT COURT | | MILWAUKEE |
| Stefanie Marvin et al vs. Kia America, Inc. et al | | Electronic Filing Notice | |

FILED
06-23-2021
John Barrett
Clerk of Circuit Court
2021CV003759
Honorable Timothy
Witkowiak-22
Branch 22

Case No. 2021CV003759
Class Code: Product Liability

HYUNDAI MOTOR AMERICA
10550 TALBERT AVE.
FOUNTAIN VALLEY CA 92708

Case number 2021CV003759 was electronically filed with/converted by the Milwaukee County Circuit Court office. The electronic filing system is designed to allow for fast, reliable exchange of documents in court cases.

Parties who register as electronic parties can file, receive and view documents online through the court electronic filing website. A document filed electronically has the same legal effect as a document filed by traditional means. Electronic parties are responsible for serving non-electronic parties by traditional means.

You may also register as an electronic party by following the instructions found at **http://efiling.wicourts.gov/** and may withdraw as an electronic party at any time. There is a $20.00 fee to register as an electronic party. This fee may be waived if you file a Petition for Waiver of Fees and Costs Affidavit of Indigency (CV-410A) and the court finds you are indigent under §814.29, Wisconsin Statutes.

If you are not represented by an attorney and would like to register an electronic party, you will need to enter the following code on the eFiling website while opting in as an electronic party.

**Pro Se opt-in code: ae432a**

Unless you register as an electronic party, you will be served with traditional paper documents by other parties and by the court. You must file and serve traditional paper documents.

Registration is available to attorneys, self-represented individuals, and filing agents who are authorized under Wis. Stat. 799.06(2). A user must register as an individual, not as a law firm, agency, corporation, or other group. Non-attorney individuals representing the interests of a business, such as garnishees, must file by traditional means or through an attorney or filing agent. More information about who may participate in electronic filing is found on the court website.

If you have questions regarding this notice, please contact the Clerk of Circuit Court at 414-278-4120.

Milwaukee County Circuit Court
Date: June 24, 2021

| | | |
|---|---|---|
| STATE OF WISCONSIN | CIRCUIT COURT | MILWAUKEE |
| Stefanie Marvin et al vs. Kia America, Inc. et al | Electronic Filing Notice | |
| | Case No. 2021CV003759 Class Code: Product Liability | |

FILED
06-23-2021
John Barrett
Clerk of Circuit Court
2021CV003759
Honorable Timothy
Witkowiak-22
Branch 22

HYUNDAI KIA AMERICA TECHNICAL CENTER, INC.
6800 GEDDES RD.
SUPERIOR TOWNSHIP MI 48198

Case number 2021CV003759 was electronically filed with/converted by the Milwaukee County Circuit Court office. The electronic filing system is designed to allow for fast, reliable exchange of documents in court cases.

Parties who register as electronic parties can file, receive and view documents online through the court electronic filing website. A document filed electronically has the same legal effect as a document filed by traditional means. Electronic parties are responsible for serving non-electronic parties by traditional means.

You may also register as an electronic party by following the instructions found at **http://efiling.wicourts.gov/** and may withdraw as an electronic party at any time. There is a $20.00 fee to register as an electronic party. This fee may be waived if you file a Petition for Waiver of Fees and Costs Affidavit of Indigency (CV-410A) and the court finds you are indigent under §814.29, Wisconsin Statutes.

If you are not represented by an attorney and would like to register an electronic party, you will need to enter the following code on the eFiling website while opting in as an electronic party.

**Pro Se opt-in code: ae432a**

Unless you register as an electronic party, you will be served with traditional paper documents by other parties and by the court. You must file and serve traditional paper documents.

Registration is available to attorneys, self-represented individuals, and filing agents who are authorized under Wis. Stat. 799.06(2). A user must register as an individual, not as a law firm, agency, corporation, or other group. Non-attorney individuals representing the interests of a business, such as garnishees, must file by traditional means or through an attorney or filing agent. More information about who may participate in electronic filing is found on the court website.

If you have questions regarding this notice, please contact the Clerk of Circuit Court at 414-278-4120.

Milwaukee County Circuit Court
Date: June 24, 2021

GF-180(CCAP), 11/2020 Electronic Filing Notice    §801.18(5)(d), Wisconsin Statutes
This form shall not be modified. It may be supplemented with additional material.

Case 2:21-cv-01146   Filed 10/05/21   Page 7 of 9   Document 1-6

| | | |
|---|---|---|
| **STATE OF WISCONSIN** | **CIRCUIT COURT** | **MILWAUKEE** |

Stefanie Marvin et al vs. Kia America, Inc. et al

**Electronic Filing Notice**

Case No. 2021CV003759
Class Code: Product Liability

FILED
06-23-2021
John Barrett
Clerk of Circuit Court
2021CV003759
Honorable Timothy
Witkowiak-22
Branch 22

FICTITIOUS KIA DEFENDANTS A-C

Case number 2021CV003759 was electronically filed with/converted by the Milwaukee County Circuit Court office. The electronic filing system is designed to allow for fast, reliable exchange of documents in court cases.

Parties who register as electronic parties can file, receive and view documents online through the court electronic filing website. A document filed electronically has the same legal effect as a document filed by traditional means. Electronic parties are responsible for serving non-electronic parties by traditional means.

You may also register as an electronic party by following the instructions found at **http://efiling.wicourts.gov/** and may withdraw as an electronic party at any time. There is a $20.00 fee to register as an electronic party. This fee may be waived if you file a Petition for Waiver of Fees and Costs Affidavit of Indigency (CV-410A) and the court finds you are indigent under §814.29, Wisconsin Statutes.

If you are not represented by an attorney and would like to register an electronic party, you will need to enter the following code on the eFiling website while opting in as an electronic party.

**Pro Se opt-in code: ae432a**

Unless you register as an electronic party, you will be served with traditional paper documents by other parties and by the court. You must file and serve traditional paper documents.

Registration is available to attorneys, self-represented individuals, and filing agents who are authorized under Wis. Stat. 799.06(2). A user must register as an individual, not as a law firm, agency, corporation, or other group. Non-attorney individuals representing the interests of a business, such as garnishees, must file by traditional means or through an attorney or filing agent. More information about who may participate in electronic filing is found on the court website.

If you have questions regarding this notice, please contact the Clerk of Circuit Court at 414-278-4120.

Milwaukee County Circuit Court
Date: June 24, 2021

| | | | |
|---|---|---|---|
| **STATE OF WISCONSIN** | **CIRCUIT COURT** | **MILWAUKEE** | FILED<br>06-23-2021<br>John Barrett<br>Clerk of Circuit Court<br>2021CV003759<br>Honorable Timothy<br>Witkowiak-22<br>Branch 22 |
| Stefanie Marvin et al vs. Kia America, Inc. et al | **Electronic Filing Notice** | | |
| | Case No. 2021CV003759<br>Class Code: Product Liability | | |

### FICTITIOUS HYUNDAI DEFENDANTS A-C

Case number 2021CV003759 was electronically filed with/converted by the Milwaukee County Circuit Court office. The electronic filing system is designed to allow for fast, reliable exchange of documents in court cases.

Parties who register as electronic parties can file, receive and view documents online through the court electronic filing website. A document filed electronically has the same legal effect as a document filed by traditional means. Electronic parties are responsible for serving non-electronic parties by traditional means.

You may also register as an electronic party by following the instructions found at **http://efiling.wicourts.gov/** and may withdraw as an electronic party at any time. There is a $20.00 fee to register as an electronic party. This fee may be waived if you file a Petition for Waiver of Fees and Costs Affidavit of Indigency (CV-410A) and the court finds you are indigent under §814.29, Wisconsin Statutes.

If you are not represented by an attorney and would like to register an electronic party, you will need to enter the following code on the eFiling website while opting in as an electronic party.

**Pro Se opt-in code: ae432a**

Unless you register as an electronic party, you will be served with traditional paper documents by other parties and by the court. You must file and serve traditional paper documents.

Registration is available to attorneys, self-represented individuals, and filing agents who are authorized under Wis. Stat. 799.06(2). A user must register as an individual, not as a law firm, agency, corporation, or other group. Non-attorney individuals representing the interests of a business, such as garnishees, must file by traditional means or through an attorney or filing agent. More information about who may participate in electronic filing is found on the court website.

If you have questions regarding this notice, please contact the Clerk of Circuit Court at 414-278-4120.

Milwaukee County Circuit Court
Date: June 24, 2021