UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| STEFANIE MARVIN, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>KIA AMERICA, INC., et al.,<br><br>Defendants. | Case No. 2:21-cv-01146 |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS KIA AMERICA, INC., HYUNDAI MOTOR AMERICA, AND HYUNDAI KIA AMERICA TECHNICAL CENTER, INC.**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1, the undersigned counsel of record for Defendants Kia America, Inc., Hyundai Motor America, and Hyundai Kia America Technical Center, Inc., states as follows:

Kia America, Inc. is a wholly owned subsidiary of Kia Corporation, a publicly traded company.

Hyundai Motor America is a wholly owned subsidiary of Hyundai Motor Company, which is a publicly traded company.

Hyundai America Technical Center, Inc., is a wholly-owned subsidiary of Hyundai Motor Company, which is a publicly traded company.

Dated: October 5, 2021

Respectfully submitted,

KIA AMERICA, INC., HYUNDAI MOTOR AMERICA, and HYUNDAI AMERICA TECHNICAL CENTER, INC.

By: /s/ Michael T. Brody
    *One of their attorneys*

Michael T. Brody
Peter J. Brennan (application for admission forthcoming)
Vaughn E. Olson (application for admission forthcoming)
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, Illinois 60654-3456
Telephone: (312) 222-9350
Facsimile: (312) 527-0484
MBrody@jenner.com
PBrennan@jenner.com
VOlson@jenner.com

## CERTIFICATE OF SERVICE

I, Michael T. Brody, hereby certify that a true and correct copy of the foregoing Rule 7.1 Corporate Disclosure Statement was served this 5th day of October, 2021 upon:

James B. Barton
Joshua S. Greenberg
BARTON LEGAL S.C.
313 N. Plankinton Ave., Ste. 207
Milwaukee, WI 53203
(414) 877-0690
jbb@bartonlegalsc.com
jsg@bartonlegalsc.com

by electronic mail and via U.S. First Class Mail.

/s/ *Michael T. Brody*