UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

STEFANIE MARVIN, et al., on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

KIA AMERICA, INC., et al.,

Defendants.

Case No. 2:21-cv-01146-PP

Hon. Pamela Pepper

## STIPULATION

Defendants Kia America, Inc., Hyundai Motor America, and Hyundai America Technical Center, Inc. (collectively "Defendants"), along with Plaintiffs Stefanie Marvin and Katherine Wargin (collectively "Plaintiffs"), hereby stipulate as to the following schedule and by separate motion will request the court to enter an order consistent with the following schedule:

1. Plaintiffs intend to file an amended complaint and will do so by Thursday, November 4, 2021.

2. Defendant will respond to the amended complaint by motion or otherwise by Wednesday, December 15, 2021.

3. Plaintiffs will file a response to any such motion by Monday, February 7, 2022.

4. Defendants will file any reply by Monday, February 28, 2022.

5. The complaint is currently sealed pursuant to an order of the Circuit Court of Milwaukee County requested by motion of the Plaintiffs. Simultaneously with the filing of the amended complaint, Plaintiffs will file a motion to seal all or portions of the amended complaint on November 4, 2021.

6. Defendants will file any response to plaintiffs' motion to seal by Wednesday, December 15, 2021.

7. Plaintiffs will file any reply in support of their motion to seal by Monday, January 17, 2022.

Dated: October 8, 2021

Respectfully submitted,

/s/ Michael T. Brody

Michael T. Brody
Peter J. Brennan (application for admission forthcoming)
Vaughn E. Olson (application for admission forthcoming)
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, Illinois 60654-3456
Telephone: (312) 222-9350
Facsimile: (312) 527-0484
MBrody@jenner.com
PBrennan@jenner.com
VOlson@jenner.com

*Counsel to Defendants Kia America, Inc., Hyundai Motor America, and Hyundai America Technical Center, Inc.*

/s/ Joshua B. Barton

James B. Barton
Joshua Greenberg
BARTON LEGAL S.C.
313 N. Plankinton Ave., Ste. 207
Milwaukee, WI 53203
Telephone: (414) 488-1822
Facsimile: (414) 877-3039
jbb@bartonlegalsc.com
jsg@bartonlegalsc.com

*Counsel to Plaintiffs Stefanie Marvin and Katherine Wargin*