# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| STEFANIE MARVIN, et al., | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:21-cv-01146-PP |
| Kia America, Inc., et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Kia America, Inc., Hyundai Motor America, and Hyundai America Technical Center, Inc.

Date: 11/04/2021

/s/ Peter J. Brennan
*Attorney's signature*

Peter J. Brennan (IL #6190873)
*Printed name and bar number*
Jenner & Block LLP
353 N. Clark St.
Chicago, IL 60654

*Address*

PBrennan@jenner.com
*E-mail address*

(312) 222-9350
*Telephone number*

(312) 527-0484
*FAX number*