# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | |
|---|---|
| STEFANIE MARVIN, et al., )<br>*Plaintiff* )<br>v. )<br>Kia America, Inc., et al. )<br>*Defendant* ) | Case No. 2:21-cv-01146-PP |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Kia America, Inc., Hyundai Motor America, and Hyundai America Technical Center, Inc.    .

Date:   11/04/2021

/s/ Vaughn E. Olson
*Attorney's signature*

Vaughn E. Olson (IL #6333160)
*Printed name and bar number*
Jenner & Block LLP
353 N. Clark St.
Chicago, IL 60654

*Address*

VOlson@jenner.com
*E-mail address*

(312) 222-9350
*Telephone number*

(312) 527-0484
*FAX number*