UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

STEFANIE MARVIN, et al., on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

KIA AMERICA, INC., et al.,

Defendants.

Case No. 2:21-cv-01146-PP

Hon. Pamela Pepper

## STIPULATION

Plaintiffs Stefanie Marvin, Katherine Wargin, Chaid Przybelski, Chad Just, Amy Flasch, and Lydia Davis (collectively "Plaintiffs"), along with Defendants Kia America, Inc., Hyundai Motor America, and Hyundai America Technical Center, Inc. (collectively "Defendants"), hereby stipulate as follows and by separate motion will request the court to enter an order consistent with the following schedule:

1. On Friday, October 8, 2021, the Parties filed a Stipulation providing a briefing schedule, according to which Plaintiffs would file an Amended Complaint by November 4, 2021; Defendants would answer or otherwise respond by December 15, 2021; Plaintiffs would file any response by February 7, 2022; and Defendants would file any reply by February 28, 2022 (Dkt. 3).

2. On Wednesday, October 13, 2021, the Court approved the Stipulation and Ordered the corresponding briefing schedule (Dkt. 4).

3. On Thursday, November 4, 2021, Plaintiffs filed a Motion and Supporting Memorandum to Join Additional Class Representatives (Dkt. 10).

4. Defendants will respond to the Motion and Supporting Memorandum to Join Additional Class Representatives as part of their response to the Amended Complaint, which is scheduled to be filed by Wednesday, December 15, 2021.

5. Plaintiffs will file any reply by Monday, February 7, 2022.

Dated: November 5, 2021

Respectfully submitted,

/s/ Michael T. Brody

Michael T. Brody
Peter J. Brennan
Vaughn E. Olson
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, Illinois 60654-3456
Telephone: (312) 222-9350
Facsimile: (312) 527-0484
MBrody@jenner.com
PBrennan@jenner.com
VOlson@jenner.com

*Counsel to Defendants Kia America, Inc., Hyundai Motor America, and Hyundai America Technical Center, Inc.*

/s/ James B. Barton

James B. Barton
Joshua Greenberg
BARTON LEGAL S.C.
313 N. Plankinton Ave., Ste. 207
Milwaukee, WI 53203
Telephone: (414) 488-1822
Facsimile: (414) 877-3039
jbb@bartonlegalsc.com
jsg@bartonlegalsc.com

*Counsel to Plaintiffs Stefanie Marvin, Katherine Wargin, Chaid Przybelski, Chad Just, Amy Flasch, and Lydia Davis*