UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| STEFANIE MARVIN, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>KIA AMERICA, INC., et al.,<br><br>Defendants. | Case No. 2:21-cv-01146-PP<br><br>Hon. Pamela Pepper |

## STIPULATION

Defendants Kia America, Inc., Hyundai Motor America, and Hyundai America Technical Center, Inc. (collectively "Defendants"), along with Plaintiffs Stefanie Marvin, Katherine Wargin, Chaid Przybelski, Chad Just, Amy Flasch, and Lydia Davis (collectively "Plaintiffs"), hereby stipulate as follows and a separate motion will request the court to enter an order consistent with the following schedule:

1. On Thursday, November 4, 2021, plaintiffs filed a Motion and Supporting Memorandum to Join Additional Class Representatives (Dkt. 10) and the Amended Complaint (Dkt. 12).

2. Defendants will file a response to the Amended Complaint by motion or otherwise by Wednesday, December 22, 2021.

3. Defendants will also respond to the Motion and Supporting Memorandum to Join Additional Class Representatives as part of their response to the Amended Complaint, which is scheduled to be filed by Wednesday, December 22, 2021.

4. Plaintiffs will file any reply in support of their Motion to Join Additional Class Representatives by Monday, February 21, 2022. On that same day, Plaintiffs will

file any response in opposition to any motions to dismiss the Amended Complaint filed by Defendants.

5. Defendants shall file any reply in support of their motions to dismiss the Amended Complaint by Friday, March 18, 2022.

6. Simultaneous with the filing of the Amended Complaint, Plaintiffs filed a Motion to Restrict a Court Document on Thursday, November 4, 2021 (Dkt. 11).

7. Defendants will file any response to Plaintiffs' Motion to Restrict a Court Document by Wednesday, December 22, 2021.

8. Plaintiffs will file any reply in support of their Motion to Restrict a Court Document by Monday, January 31, 2022.

Dated: December 9, 2021

Respectfully submitted,

 /s/  Michael T. Brody

Michael T. Brody
Peter J. Brennan
Vaughn E. Olson
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, Illinois 60654-3456
Telephone: (312) 222-9350
Facsimile: (312) 527-0484
MBrody@jenner.com
PBrennan@jenner.com
VOlson@jenner.com

*Counsel to Defendants Kia America, Inc., Hyundai Motor America, and Hyundai America Technical Center, Inc.*

/s/ James B. Barton

James B. Barton
Joshua Greenberg
Barton Legal S.C.
313 N. Plankinton Ave., Ste. 207
Milwaukee, WI 53203
(414) 488-1822
jbb@bartonlegalsc.com
jsg@bartonlegalsc.com

*Counsel to Plaintiffs Stefanie Marvin, et al.*