# *Exhibit E*

## Kia Marketing Material

### 1. 2012 Kia Optima Brochure[1]

**OPTIMA** With world-class engineering, outstanding performance and advanced safety systems, the 2012 Kia Optima gives you good reason to be passionate about driving a midsize sedan. It combines bold exterior styling, performance and a spacious, luxurious cabin. It also comes with a long list of technologically advanced features for your entertainment, convenience and safety. Like all Kia models, every Optima comes with an industry-leading 10-year/100,000-mile warranty program.[1]

1, 2, 3, 4, 5, 6, * See Features and Specifications pages for availability and endnotes. *Not all optional features are available on all trims. EX SHOWN.

**ADVANCED SAFETY SYSTEMS**

All Optimas have a long list of standard safety features, including six airbags, Electronic Stability Control and Vehicle Stability Management.

**2011 Top Safety Pick**

Insurance Institute for Highway Safety
For the 2012 Optima

A passion for excellence. For decades, Kia Motors has focused on building vehicles that reflect a commitment to quality, durability and product innovation. Today, we offer models to suit most every driving need. The value found in every Kia vehicle has been widely recognized, and Kia Motors has been one of the fastest-growing automotive brands in America for the past five years.[22]

(10)

**INDUSTRY-LEADING WARRANTY PROGRAM**

At Kia Motors America, we believe peace of mind should come standard with every vehicle we make. That's why we back every model with an industry-leading warranty program.[1]

- 10-year/100,000-mile limited powertrain warranty
- 5-year/60,000-mile limited basic warranty
- 5-year/100,000-mile limited anti-perforation warranty
- 5-year/60,000-mile 24-hour roadside assistance[25]

---

[1] Complete copies of the brochures identified herein are available at: https://www.auto-brochures.com/kia.html.

2. 2013 Kia Soul Brochure

## Out with the old, in with the new.

These days, you don't have to look far to find that one car looks exactly like another. Whatever happened to being unique? To having some personality? Because no matter where you're going, there's always a better way to get there. The 2013 Kia Soul looks different because it is different. With its unique styling inside and out, impressive features and an industry-leading 10-year/100,000-mile warranty program,[2] it's a new way to roll.

## Advanced safety systems designed to expect the unexpected.*

## A passion for excellence.

For decades, Kia Motors has focused on building vehicles that reflect a commitment to quality, durability and product innovation. Today, we offer models to suit most every driving need. The value found in every Kia vehicle has been widely recognized,[14] and Kia Motors has been one of the fastest-growing automotive brands in America for the past five years.[15]

## Industry-leading warranty program.

At Kia Motors America, we believe peace of mind should come standard with every vehicle we make. That's why we back every model with an industry-leading warranty program.[2]

- 10-year/100,000-mile limited powertrain warranty
- 5-year/60,000-mile limited basic warranty
- 5-year/100,000-mile limited anti-perforation warranty
- 5-year/60,000-mile 24-hour roadside assistance[16]



2012 TOP SAFETY PICK
INSURANCE INSTITUTE FOR HIGHWAY SAFETY
FOR THE 2013 SOUL

3. 2014 Kia Sedona Brochure

The 2014 Sedona is the perfect minivan to help your family enjoy life from dawn to dusk and beyond. Its spacious interior and flexible seating configurations let you carry passengers in comfort and pack cargo for all kinds of adventures. Features such as an available navigation system* with voice guidance and standard *Bluetooth*® wireless technology[1] make driving more convenient and enjoyable. Sedona is also equipped with sophisticated active and passive safety systems† that help provide protection and peace of mind. Like every Kia, Sedona comes with an industry-leading, 10-year/100,000-mile warranty program.[2]



ADVANCED SAFETY SYSTEMS
TO HELP HANDLE UNEXPECTED CONDITIONS



DESIGNED TO HELP PROTECT
DRIVER & PASSENGERS

Safe driving begins with the ability to avoid accidents. That's why Sedona incorporates active safety systems† that help you avoid mishaps in the first place. These safety features are designed to help you maintain control, even in certain harsh road conditions and some other unexpected situations.

**INDUSTRY-LEADING WARRANTY PROGRAM[2]**

Kia engineers are passionate about producing vehicles that are exceptionally well designed and reliable. Their dedication to quality and attention to detail give Kia the confidence to back every model with an industry-leading warranty program.[2]

- 10-year/100,000-mile limited powertrain warranty
- 5-year/60,000-mile limited basic warranty
- 5-year/100,000-mile limited anti-perforation warranty
- 5-year/60,000-mile 24-hour roadside assistance[15]

## DELIVERING ON A PROMISE

Kia is committed to producing world-class vehicles to suit most every driving need. This promise has led to the development of stylish vehicles with an extraordinary combination of precision engineering, outstanding performance, innovative features and advanced safety systems. The value found in every Kia vehicle has been widely recognized,[11] resulting in Kia becoming one of the fastest-growing automotive brands in America for the past five years.[12]

4. 2015 Kia Cadenza Brochure

## A premium sedan with a powerful presence

The 2015 Kia Cadenza is a premium sedan that commands attention, artfully combining sophisticated exterior styling, a luxurious interior and exhilarating performance. Its many technologically advanced features include the UVO eServices[1] Infotainment System with voice-command navigation and available features such as Advanced Smart Cruise Control[2*] and Blind-Spot Detection with Lane Change Assist.[2*] A 293-hp, 3.3L Gasoline Direct Injection (GDI) V6 engine delivers exceptional performance, while its finely tuned suspension system provides a smooth, quiet ride and precise handling. To help ensure your peace of mind, Cadenza incorporates the latest advanced safety systems[1] including Vehicle Stability Management, Electronic Stability Control and a Brake Assist System.

## Delivering on a promise

Kia is committed to producing world-class vehicles to suit most every driving need. This commitment has led to the development of stylish vehicles with an extraordinary combination of precision engineering, outstanding performance, innovative features and advanced safety systems. Kia's dedication to quality and value has been widely recognized — one reason why Kia has been named as a top 100 brand in Interbrand's Best Global Brands 2013 report.[14] In addition, Kelley Blue Book's KBB.com has announced the recipients of its Brand Image Awards, naming Kia as the 2014 Best Value Brand. This honor recognizes our success at producing fuel-efficient and affordable vehicles.[15]

## Advanced safety systems to help handle unexpected conditions

## Designed to help protect driver & passengers

### INDUSTRY-LEADING WARRANTY PROGRAM[18]

Kia engineers are passionate about producing vehicles that are exceptionally well designed and reliable. Their dedication to quality and attention to detail give Kia the confidence to back every model with an industry-leading warranty program.[18]

- 10-year/100,000-mile limited powertrain warranty
- 5-year/60,000-mile limited basic warranty
- 5-year/100,000-mile limited anti-perforation warranty
- 5-year/60,000-mile 24-hour roadside assistance

5. 2016 Kia Optima Brochure

Five years ago, Kia introduced the redesigned Optima — a vehicle that overturned conventional thinking about midsize sedans. This year, the design and engineering revolution continues. Presenting the next-generation 2016 Optima. From every angle, the sculpted lines of its bold, new exterior design identify it as the most exciting midsize sedan on the road today. Inside, its interior is inviting, reflecting Kia's dedication to a continuous, uncompromising process of refinement. Plus, a wealth of premium, technologically advanced features monitor your driving environment and connect you to the road like never before. Like all Kia models, Optima also comes with an industry-leading, 10-year/100,000-mile warranty program,[1] a testament to its outstanding quality and reliability.

## Intuitive safety technology

Optima's technologically advanced systems are engineered to give you greater confidence on the road and help you maintain control, even in harsh road conditions and some emergency situations.[†] In addition, these systems are designed to function automatically, freeing you to focus on safe driving.

**INDUSTRY-LEADING WARRANTY PROGRAM[1]**

Kia engineers are passionate about producing vehicles that are exceptionally well designed and reliable. Their dedication to quality and attention to detail give Kia the confidence to back every model with an industry-leading warranty program.[1]

- 10-year/100,000-mile limited powertrain warranty
- 5-year/60,000-mile limited basic warranty
- 5-year/100,000-mile limited anti-perforation warranty
- 5-year/60,000-mile 24-hour roadside assistance

## Delivering on a promise

Kia is committed to producing world-class vehicles to suit almost every driving need. This commitment has led to the development of stylish vehicles with an extraordinary combination of precision engineering, outstanding performance, innovative features, and advanced safety systems. Kia's dedication to quality and value has been widely recognized — one reason why Kia was named as a top 100 brand in Interbrand's 2015 Best Global Brands report.[16]

5

6. **2016 Kia Forte Brochure**

## Sleek styling with performance to match

With distinctive exterior styling, the 2016 Kia Forte is instantly recognizable on the road. Three models are available so that you can choose the one that fits your lifestyle: the sleek sedan, the versatile Forte5, and the sporty Koup. Each model delivers exceptional performance. Technologically advanced features include available UVO eServices[1] Infotainment System with voice-command navigation[1]* and a Rear-Camera Display[2] to make driving more convenient than ever. Forte is also equipped with active and passive safety systems† designed to help give you peace of mind every time you drive. Like all Kia models, Forte comes with an industry-leading 10-year/100,000-mile warranty program.[3]

## Advanced safety systems – because life is full of curves

Forte features advanced safety systems designed to help give you peace of mind every time you drive. Each one is engineered to help you maintain control, even in harsh road conditions and in some emergency situations.† These safety systems are designed to function automatically, leaving you free to focus on safe driving.

## Delivering on a promise

Kia is committed to producing world-class vehicles to suit most every driving need. This commitment has led to the development of stylish vehicles with an extraordinary combination of precision engineering, outstanding performance, innovative features, and advanced safety systems. Kia's dedication to quality and value has been widely recognized — one reason why Kia was named as a top 100 brand in Interbrand's 2014 Best Global Brands report.[19]

### INDUSTRY-LEADING WARRANTY PROGRAM[3]

Kia engineers are passionate about producing vehicles that are exceptionally well designed and reliable. Their dedication to quality and attention to detail give Kia the confidence to back every model with an industry-leading warranty program.[3]

- 10-year/100,000-mile limited powertrain warranty
- 5-year/60,000-mile limited basic warranty
- 5-year/100,000-mile limited anti-perforation warranty
- 5-year/60,000-mile 24-hour roadside assistance

**EX PREMIUM PACKAGE**
(AVAILABLE ON SEDAN ONLY)

1. UVO eServices[1] Infotainment System w/voice-command navigation, SiriusXM Traffic,[5] Rear-Camera Display,[2] HD Radio™ Technology[22]
2. Auto-dimming rearview mirror w/HomeLink®[21]
3. Power sunroof
4. Push-button start w/Smart Key
5. Leather seat trim
6. Heated front seats
7. Perimeter approach lighting & front door handle pocket lighting
8. Immobilizer (not shown)

**EX PREMIUM TECHNOLOGY PACKAGE**
(AVAILABLE ON FORTE5 & KOUP, REQUIRES 6-SPEED SPORTMATIC® TRANSMISSION PACKAGE)

1. UVO eServices[1] Infotainment System w/voice-command navigation, SiriusXM Traffic,[5] Rear-Camera Display,[2] HD Radio™ Technology[22]
2. Dual-zone automatic temperature control
3. Auto-dimming rearview mirror w/HomeLink®[21]
4. Power sunroof
5. Push-button start w/Smart Key
6. Leather seat trim
7. Heated front seats
8. Ventilated driver's seat (Koup only)
9. Heated rear outboard seat cushions (Forte5 only)
10. Heated steering wheel
11. Perimeter approach lighting & front door handle pocket lighting
12. LED taillights (not shown)
13. Immobilizer (not shown)
14. 2-way power adjustable driver's lumbar (not shown)

**RESTRAINT & SAFETY SYSTEMS[17]**

| Feature | | Feature | |
|---|---|---|---|
| Dual front advanced airbags | ● ● ● | Electronic Stability Control (ESC) | ● ● ● |
| Dual front seat-mounted side airbags | ● ● ● | Traction Control System (TCS) | ● ● ● |
| Full-length side curtain airbags | ● ● ● | Brake Assist System (BAS) | ● ● ● |
| 3-point seat belts for all seating positions | ● ● ● | Electronic Brake-force Distribution (EBD) | ● ● ● |
| Front seat-belt pretensioners | ● ● ● | Hill-start Assist Control (HAC) | ● ● ● |
| Height-adjustable front seat-belt anchors (N/A on Koup) | ● ● ● | Side-impact door beams | ● ● ● |
| Anti-lock Braking System (ABS) | ● ● ● | Front & rear crumple zones | ● ● ● |
| Vehicle Stability Management (VSM) | ● ● ● | Lower Anchors and Tethers for Children (LATCH) | ● ● ● |

● STANDARD  ○ OPTIONAL  — NOT AVAILABLE
^ N/A ON MANUAL TRANSMISSION
*LX AVAILABLE FOR FORTE SEDAN AND FORTE5.
**SX NOT AVAILABLE FOR FORTE SEDAN.

7. 2017 Kia Rio Brochure

# Responsive systems

Rio features advanced safety systems designed to help give you peace of mind every time you drive. Each one is engineered to help you maintain control, even in harsh road conditions and in some emergency situations.† These safety systems are designed to function automatically, leaving you free to focus on safe driving.

# Discover world-class quality

Kia is committed to producing exceptional vehicles with superb quality and reliability to suit most every driving need. From compact to crossover, Kia delivers an extraordinary combination of precision engineering, outstanding performance, innovative features, and advanced safety systems.

**INDUSTRY-LEADING WARRANTY PROGRAM**[1]

Kia engineers are passionate about producing vehicles that are exceptionally well designed and reliable. Their dedication to quality and attention to detail give Kia the confidence to back every model with an industry-leading warranty program.

- 10-year/100,000-mile limited powertrain warranty
- 5-year/60,000-mile limited basic warranty
- 5-year/100,000-mile limited anti-perforation warranty
- 5-year/60,000-mile 24-hour roadside assistance

8. 2018 Kia Sorento Brochure

# Dedicated to making safety a top priority

Sorento's technologically advanced systems are engineered to give you greater confidence on the road and help you maintain control, even in harsh road conditions and some emergency situations.† In addition, these systems are designed to function automatically, freeing you to focus on safe driving.

# Discover world-class quality

Kia is committed to producing exceptional vehicles with superb quality and reliability to suit most every driving need. From compact to crossover, Kia delivers an extraordinary combination of precision engineering, outstanding performance, innovative features, and advanced safety systems.

**INDUSTRY-LEADING WARRANTY PROGRAM**[2]

Kia engineers are passionate about producing vehicles that are exceptionally well designed and reliable. Their dedication to quality and attention to detail give Kia the confidence to back every model with an industry-leading warranty program.

- 10-year/100,000-mile limited powertrain warranty
- 5-year/60,000-mile limited basic warranty
- 5-year/100,000-mile limited anti-perforation warranty
- 5-year/60,000-mile 24-hour roadside assistance

9. **2019 Kia Forte Brochure**

# STYLISH, SMART, STATE-OF-THE-ART

Meet the next-gen Forte

It's sporty, yet sensible. It says yes to advanced technology, and plenty of it. It's into sleek style, state-of-the-art connectivity, and space for everyone. And best of all, it's flat-out fun to drive. These are just a few great things to know about the all-new Kia Forte. Sound good so far? Read on, and we'll give you all the details.

# SAFETY
never takes a day off

Advanced sensor systems, breakthroughs in materials and design that have led to strong body construction, and a range of active safety features are just a few of the ways Kia never stops working to help increase your protection.[1]

### INDUSTRY-LEADING WARRANTY PROGRAM[17]

10-year/100,000-mile limited powertrain warranty
5-year/60,000-mile limited basic warranty
5-year/100,000-mile limited anti-perforation warranty
5-year/60,000-mile 24-hour roadside assistance



**EX & LAUNCH EDITION**
takes things up a notch with more tech and premium features

UVO eServices[5] w/8" touch screen
Premium Navigation w/voice recognition[†]
Apple CarPlay[™1] & Android Auto[™2]
Harman Kardon[®8] 320-watt premium audio system w/8 speakers[†]
Rear-Camera Display[3]
Wireless charging[9†]
USB charge ports
Smart Cruise Control[3†]
Forward Collision Warning[3]
Forward Collision-Avoidance Assist[3]
Pedestrian Detection[3†]
Lane Departure Warning[3]
Lane Keeping Assist[3]
Driver Attention Warning[4]
Blind Spot Collision Warning[3]
Lane Change Assist[3]
Rear Cross Traffic Collision Warning[3]
Parking Distance Warning — Reverse[3†]
Push-button start w/Smart Key

**10. 2020 Kia Sportage Brochure**

At Kia, the priority is always on improving all aspects of safety. Advanced sensor systems, strategically placed airbags, and breakthroughs in materials and design that have led to strong body construction are just a few of the ways we never stop working to increase your protection!

**IT HELPS DETECT, COORDINATE, AND REACT**
to give you more peace of mind

**INDUSTRY-LEADING WARRANTY PROGRAM**[10]

10-year/100,000-mile limited powertrain warranty
5-year/60,000-mile limited basic warranty
5-year/100,000-mile limited anti-perforation warranty
5-year/60,000-mile 24-hour roadside assistance

11. 2021 Kia Seltos

Confident, capable, and strikingly crafted, the all-new Seltos is made for the mission at hand. With an available powerful turbocharged engine* and fully active all-wheel drive with Lock Mode*† to tame rugged roads. The latest available advanced driver-assistance technologies[1] and premium features to help keep you protected and connected. Plenty of versatile interior space for your passengers and cargo. And a refined yet bold style that looks the part whether it's covered in dust, maneuvering through the city, or chasing the latest adventure of your own making.

**We never stop striving** to bring the latest life-enhancing innovations in technology to our design process, and people like Sean Petterson are driven by the same mission. His company, StrongArm Technologies, creates wearable products that protect workers from injuries on the job. Using sensor technology, big data, and machine learning, his products are designed to monitor worker's movements, detect injury risk, and intervene before incidents occur.

> At Kia, we believe in the enduring quality of our vehicles. We believe in our materials, our workers, our engineers, and our designers. And to prove it, we stand by each vehicle we make with an industry-leading powertrain warranty that lasts for 10 years.

**INDUSTRY-LEADING WARRANTY PROGRAM[16]**

10-YEAR/100,000-MILE LIMITED POWERTRAIN WARRANTY
5-YEAR/60,000-MILE LIMITED BASIC WARRANTY
5-YEAR/100,000-MILE LIMITED ANTI-PERFORATION WARRANTY
5-YEAR/60,000-MILE 24-HOUR ROADSIDE ASSISTANCE

## 12. 2021 Kia Soul Brochure

> The 2021 Soul stands out everywhere, yet fits in anywhere. It's versatile, bold, and moves with nimble confidence wherever it roams. It's got intuitive features, smart technology, and available turbo power.* And flexibility is in its DNA, whether you're cruising around town, loading it with cargo, or hitting the open road on a last-minute getaway. Can you imagine anything else so multitalented?

> Advanced sensor systems, strategically placed airbags, and breakthroughs in materials and design that have led to strong body construction are just a few of the ways Kia never stops working to help increase your protection.†

**INDUSTRY-LEADING WARRANTY PROGRAM[19]**

10-YEAR/100,000-MILE LIMITED POWERTRAIN WARRANTY
5-YEAR/60,000-MILE LIMITED BASIC WARRANTY
5-YEAR/100,000-MILE LIMITED ANTI-PERFORATION WARRANTY
5-YEAR/60,000-MILE 24-HOUR ROADSIDE ASSISTANCE

13. 2021 Kia Sorento Brochure

INDUSTRY-LEADING WARRANTY PROGRAM¹

10-YEAR/100,000-MILE LIMITED POWERTRAIN WARRANTY
5-YEAR/60,000-MILE LIMITED BASIC WARRANTY
5-YEAR/100,000-MILE LIMITED ANTI-PERFORATION WARRANTY
5-YEAR/60,000-MILE 24-HOUR ROADSIDE ASSISTANCE

DO MORE WHILE USING LESS.

SORENTO HYBRID'S ADVANCED TECHNOLOGIES AND INNOVATIVE FEATURES HELP YOU GET THE MOST FROM EVERY ADVENTURE, MILE AFTER EFFICIENT MILE.²

**Strive to improve lives.** We're constantly seeking innovative technologies to help keep our drivers safe, and people like M. Bernardine Dias are driven by a similar purpose. A technology and robotics specialist focused on compassionate engineering, Bernardine has collaborated with Carnegie Mellon University to create a Smart Traffic Signal system to assist pedestrians with disabilities cross traffic intersections safely. Using embedded artificial intelligence designed to coordinate with an app on the pedestrian's smartphone, the system monitors their crossing intentions and speed, adjusting the signal timing accordingly.

14. Kia's Website[2]

### SAFETY
# Help for the unexpected.
Kia's vehicle lineup has collected numerous top safety and quality awards, from a variety of industry organizations. We work tirelessly to ensure that vehicle safety features are designed to help our drivers handle or avoid the unexpected.

### OUR GUARANTEE
# The Kia warranty.
From design to technology, materials to safety features, Kia continues to innovate and upgrade our entire lineup. We believe in the outstanding quality and durability of every new Kia that rolls off the assembly line. And we back that confidence with our industry-leading Kia 10-year/100,000-mile warranty program.[1]

### Active Safety Technology
Kia integrates advanced safety features[3], like Electronic Brake-force Distribution, Traction Control Systems and Electronic Stability Control, across our lineup.

---

[2] For the first two advertisements, see "Why Kia?", KIA AMERICA, INC., https://www.kia.com/us/en/why-kia (last visited Oct. 31, 2021). For the third advertisement, see "Technology," KIA AMERICA, INC., https://www.kia.com/us/en/technology (last visited Oct. 31, 2021).